JS-6

Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Laurie Anne Williams

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| LAURIE ANNE WILLIAMS, | Case No.: 5:20-cv-00823-ADS |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 11/17/2020

　　　　　　　　　　　/s/ Autumn D. Spaeth
　　　　　　　　　　THE HONORABLE AUTUMN D. SPAETH
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-